[No. 46580-9-II.   Division Two.   January 5, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL MIKEL STIEF, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01029-0, John F. Nichols, J., entered July 17, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 31583-5-III.   Division Three.   January 5, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL L. LONG, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 12-1-00320-4, Ted W. Small, J., entered April 4, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Fearing, A.C.J., concurred in by Lawrence-Berrey, J.; Korsmo, J., dissenting.

[No. 32697-7-III.   Division Three.   January 5, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID F. ARCH, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 13-1-00192-4, Christopher E. Culp, J., entered August 1, 2014. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Korsmo, J.; Siddoway, C.J., concurring separately.